PAUL, HASTINGS, JANOFSKY & WALKER LLP
STEPHEN P. SONNENBERG (SB# 164881)
*stephensonnenberg@paulhastings.com*
MICHELE A. FREEDENTHAL (SB# 150323)
*shellyfreedenthal@paulhastings.com*
GENEVIEVE C. NADEAU (SB# 222398)
*genevievenadeau@paulhastings.com*
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA 90071-2228
Telephone: (213) 683-6000
Facsimile: (213) 627-0705

Attorneys for Defendant
BANK OF AMERICA, N.A.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM D. MILLS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA NATIONAL TRUST AND SAVINGS ASSOCIATION; and DOES 1 to 10, inclusive,<br><br>Defendant. | CASE NO. CV 06-2888 SJO (JCx)<br><br>**STIPULATION FOR DISMISSAL OF ACTION AND ORDER** |

Priority
Send ✓
Enter
Closed ✓
JS-5/JS-6 ✓
JS-2/JS-3
Scan Only

## STIPULATION

Pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, plaintiff William D. Mills and defendant Bank of America, N.A. [erroneously sued as Bank of America National Trust and Savings Association] acting through their respective counsel of record, hereby stipulate that this action be DISMISSED WITH PREJUDICE, each side bearing its own costs and attorneys' fees.

Dated: September 6, 2006        PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____
    GENEVIEVE C. NADEAU
Attorneys for Defendant
BANK OF AMERICA, N.A.

Dated: September __, 2006        LAW OFFICES OF MICHAEL J. FABER

By: _____
    MICHAEL J. FABER
Attorneys for Plaintiff
WILLIAM D. MILLS

## STIPULATION

Pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, plaintiff William D. Mills and defendant Bank of America, N.A. [erroneously sued as Bank of America National Trust and Savings Association] acting through their respective counsel of record, hereby stipulate that this action be DISMISSED WITH PREJUDICE, each side bearing its own costs and attorneys' fees.

Dated: September __, 2006       PAUL, HASTINGS, JANOFSKY & WALKER LLP


By: _____
         GENEVIEVE C. NADEAU
Attorneys for Defendant
BANK OF AMERICA, N.A.


Dated: September 1, 2006        LAW OFFICES OF MICHAEL J. FABER


By: _____
         MICHAEL J. FABER
Attorneys for Plaintiff
WILLIAM D. MILLS

LEGAL_US_W # 54328678.1
-2-
STIPULATION AND ORDER OF DISMISSAL
Case No. 06-2888 SJO

## ORDER

On the stipulation of the parties, and good cause appearing therefor, this action is DISMISSED WITH PREJUDICE, each side bearing its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: 9/7/06

_____
Hon. S. James Otero
United States District Judge

# PROOF OF SERVICE

STATE OF CALIFORNIA           )
                              ) ss:
CITY AND COUNTY OF LOS ANGELES )

I am employed in the City and County of Los Angeles, State of California. I am over the age of 18, and not a party to the within action. My business address is 515 South Flower Street, Twenty-Fifth Floor, Los Angeles, California 90071-2228.

On September 6, 2006, I served the foregoing document(s) described as:

STIPULATION FOR DISMISSAL OF ACTION AND ORDER

on the interested parties by placing thereof in a sealed envelope(s) addressed as follows:

Michael J. Faber, Esq.
Attorney at Law
2425 Olympic Blvd., Ste. 4000 W.
Santa Monica, CA 90404

☐ **VIA OVERNIGHT MAIL:**

VIA _____ :By delivering such document(s) to an overnight mail service or an authorized courier in a sealed envelope or package designated by the express service courier addressed to the person(s) on whom it is to be served.

☒ **VIA U.S. MAIL:**

I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice such sealed envelope(s) would be deposited with the U.S. postal service on September 6, 2006 with postage thereon fully prepaid, at Los Angeles, California.

☐ **VIA PERSONAL DELIVERY:**

I personally delivered such sealed envelope(s) by hand to the offices of the addressee(s) pursuant to CCP § 1011.

☐ **VIA FACSIMILE:**

The facsimile transmission report indicated that the transmission was complete and without error. The facsimile was transmitted to Facsimile # _____ on September 6, 2006 at _____. A copy of that report, which was properly issued by the transmitting machine, is attached hereto. **[Permitted by written agreement of the parties.]**

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on September 6, 2006, at Los Angeles, California.

_____
William R. Slone